UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Misc. No. |
| | ) | |
| v. | ) | (Related to Cr. No. 11-10) |
| | ) | |
| RONALD AIKENS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| AMERICAN FUNDS SERVICE COMPANY, | ) | |
| and its successors and assigns, | ) | ELECTRONICALLY FILED |
| | ) | |
| Garnishee. | ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. §

3205(b)(1) to the United States District Court to direct the Clerk of the United States District Court

to issue a Writ of Garnishment upon the judgment ("Judgment"), entered on July 29, 2011, against

the Defendant in the above-cited action, Ronald Aikens, Social Security Number xxx-xx-1321,

whose last known address is xxxxxxxxxxxxxxxxxxxxx, Aliquippa, PA.

The total balance due on the Judgment as of December 13, 2019, is $563,182.47.

Not less than 30 days have elapsed since the demand on the debtor for payment of the

debt was made and the judgment debtor has not paid the amount due.

The United States believes that the Garnishee owes or will owe money or property to the

Defendant or is in possession of property of the Defendant, specifically but not limited to:

American Funds IRA, account number xxxxxx9440. The United States also believes the

Defendant holds a non-exempt interest in this property.

The name and address of the Garnishee is American Funds Service Company, Attn: Lost Securities, 12711 North Meridian Street, Carmel, IN 46032.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney


s/David Lew
DAVID LEW
Assistant U.S. Attorney
Counsel for Plaintiff
U.S. Clerk of Court
700 Grant Street, Suite 3110
Pittsburgh, PA 15219
(412) 894-7514
(412) 644-5870- fax
PA ID No. 320338 (ss)