UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
JAN 13 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Misc. No. 19-1281 |
| Plaintiff, | (Related to Cr. No. 11-10) |
| v. | |
| RONALD AIKENS, | |
| Defendant, | |
| and | |
| AMERICAN FUNDS SERVICE COMPANY | |
| Garnishee | |

## DECLARATION OF GARNISHEE AMERICAN FUNDS SERVICE COMPANY

I, Angela M. Mitchell, do hereby declare under penalty of perjury that the following information is true and correct:

1. I am currently employed by American Funds Service Company ("AFS") as Secretary. As an officer of AFS, I am authorized to make this statement on behalf of AFS.

2. AFS is the registered transfer agent for the American Funds family of mutual funds. Defendant holds an Individual Retirement Account ("IRA") with AFS registered in the name of Capital Bank and Trust Company, Custodian of the IRA for the Defendant, Ronald J Aikens. The value of the account as of December 30, 2019 is $96,759.98. Because the account is invested in mutual funds, the value fluctuates daily. There may be tax implications of distributions taken from an IRA.

3. According to the terms of its custodial agreement, the IRA is subject to a spendthrift provision. See attached form of Custodial Agreement, Section 11.

4. AFS will not redeem the Defendant's account without further order of the Court acknowledging the account type and the limitations that apply to it.

I declare under penalty of perjury that the statements made herein are true and correct.

DATED: _Jan. 6_, 20

_Angela M. Mitchell_
Angela M. Mitchell, Secretary
American Funds Service Company
333 South Hope Street, 55th Floor
Los Angeles, CA 90071
Telephone: (213) 486-9426
Fax: (213) 615-0430
E-mail: amm@capgroup.com