FILED
JAN 13 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. No. 19-1281 |
| ) | |
| v. ) | (Related to Cr. No. 11-10) |
| ) | |
| RONALD AIKENS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| AMERICAN FUNDS SERVICE COMPANY, ) | |
| and its successors and assigns, ) | ELECTRONICALLY FILED |
| ) | |
| Garnishee. ) | |

## ANSWER OF THE GARNISHEE

__Angela M. Mitchell_____    BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

I. Please state the full name and address of the Garnishee:

__American Funds Service Company_____

__333 South Hope Street, 55th Floor_____

__Los Angeles, CA 90071_____

_____

II. The Garnishee was served with the Writ of Garnishment on __December 27, 2019__.

III. For the pay period in effect on the date of service (answered above):

Yes     No
____    _X_    1. The Defendant was in my/our employ.

   2. Pay period is _____ weekly,   _____ bi-weekly

   _____ semi-monthly,   _____ monthly.

3. The Defendant's present pay period began on _____

   and ends on _____. (Present means the pay

   period in which this order and notice of garnishment were served).

4. Describe the Defendant's basis and rate of pay:

   (a)     Salary     _____

   (b)     Hourly     _____
   (include average number of hours per pay period)

   (c)     Base     _____

   (d)     Commission     _____

   (e)     Bonus     _____

   (f)     Other     _____

5. The Defendant's net wages are as calculated below:

   (a)     Gross Pay     $ _____

   (b)     Federal income tax     $ _____

   (c)     F.I.C.A. income tax     $ _____

   (d)     State income tax     $ _____

          Total of tax withholdings     $ _____

          Net Wages     $ _____
   (a less total of b, c, d)

6. Have there been previous garnishments in effect? If the answer is yes, describe below.

    No _____

    _____

7. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| (a) | Please see the attached "Declaration of Garnishee" which is incorporated by reference. | | |
| (b) | _____ | _____ | _____ |
| (c) | _____ | _____ | _____ |
| (d) | _____ | _____ | _____ |

8. Garnishee anticipates owing to the Defendant, in the future, the following amounts other than earnings disclosed in Paragraphs 4 and 5 above:

| | Amount | Estimate Date or Period Due |
|---|---|---|
| (a) | $ _____ | _____ |
| (b) | $ _____ | _____ |
| (c) | $ _____ | _____ |
| (d) | $ _____ | _____ |

IV. (Check the line below if you deny that you hold property subject to this order of garnishment.)

      _____    The Garnishee does not have custody, control or possession of non-exempt property as described in the Writ of Garnishment.

V. The Garnishee mailed a copy of this answer by first-class mail to (1) the Defendant at 220 University Dr. Aliquippa, PA 15001-1645

and (2) the counsel for the United States, David Lew Assistant U.S. Attorney, at 700 Grant Street, Suite 4000, Pittsburgh, PA 15219.

*Angela M. Mitchell*
Angela M. Mitchell, Secretary
American Funds Service Company
333 South Hope Street, 55th Floor
Los Angeles, CA 90071
Telephone: (213) 486-9426
Fax: (213) 615-0430
E-mail: amm@capgroup.com

Subscribed and sworn to before me this

_____ day of _____ , _____

_____ (SEAL)
Notary Public

My Commission Expires:

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 6th day of January, 2020, by Angela M. Mitchell, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature *Rosalie JG Mills* (Seal)



ROSALIE JG MILLS
Notary Public - California
Los Angeles County
Commission # 2268821
My Comm. Expires Nov 30, 2022